IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       3:09cr180-MHT
                            )           (WO)
WILFORD VIRGIL CANADY       )
```

ORDER

This case is before the court on defendant Wilford Virgil Canady's petition for early termination of supervised release. The court agrees that his supervision should be terminated early. Canady has been in full compliance with all of the conditions of his supervision since his term of supervised release began in February 2016. He has complied with all sex offender-registry requirements during that time and has paid all monetary penalties in full. The U.S. Probation Office orally confirmed to the court, on December 5, 2022, that neither Canady's supervising probation officer nor the government opposes the motion.

Accordingly, it is ORDERED that the motion to seal (doc. 50) is granted and the petition for early

termination of supervised release (Doc. 51) is granted; that defendant Wilford Virgil Canady's supervised release is terminated; and that defendant Canady is discharged.

DONE, this the 5th day of December, 2022.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE